Thompson Motor Vehicle Operator License Case.

Argued December 13, 1967. *Edwin E. Naythons,* with him *Freedman, Borowsky & Lorry,* for appellant; *Elmer T. Bolla,* Deputy Attorney General, with him *William C. Sennett,* Attorney General, for Commonwealth, appellee.

Order affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.

Villani *v.* Erie Indemnity Company, Appellant.

Argued December 14, 1967. *Morris Mindlin,* with him *Mindlin, Sigmon, Briody & Littner,* for appellant; *Robertson B. Taylor,* with him *Kolb, Holland, Antonelli & Heffner,* for appellee.

Judgment affirmed.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.